08-CR-00105-INDI

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

........April 2........ 20 08

BRUCE RIFKIN, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL NUNEZ-MALDONADO<br>a/k/a Primitivo<br><br>Defendant. | NO. CR08 0105 RSM<br><br>INDICTMENT |

The Grand Jury charges that:

### Count 1
### (Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown, but within the last five years, and continuing until on or about March 29, 2008, in King County within the Western District of Washington, and elsewhere, JOSE MANUEL NUNEZ-MALDONADO, and others known and unknown, did knowingly and intentionally conspire to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a substance controlled under Schedule II, Title 21, United States Code, Section 812.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The Grand Jury further alleges that this offense involved 500 grams or more of a
2  of a mixture or substance containing a detectable amount of methamphetamine, its salts,
3  isomers, and salts of its isomers.
4  All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)
5  and 846.

## ALLEGATION OF FORFEITURE

7  Pursuant to Title 21, United States Code, Section 853, the defendants shall forfeit
8  to the United States his interest in any property, real or personal, constituting, or derived
9  from, any proceeds they obtained, directly or indirectly, as the result of the offenses
10  charged above and any property used, or intended to be used, in any manner or part, to
11  commit, or to facilitate the commission of such offenses to include, but not limited to,
12  approximately $524,380 in United States currency seized on March 5, 2008 from a
13  Volkswagen Passat vehicle bearing California license plate 5LID814, and on March 28,
14  2008 from 19480 SE 266th Street in Covington, Washington.  If any of the forfeitable
15  properties, as a result of any act or omission of the defendant --

16  (1) cannot be located upon the exercise of due diligence;
17  (2) has been transferred or sold to, or deposited with, a third party;
18  (3) has been placed beyond the jurisdiction of the court;
19  (4) has been substantially diminished in value; or,
20  (5) has been commingled with other property which cannot be divided
21  without difficulty;
22  //
23  //
24  //

INDICTMENT/ NUNEZ-MALDONADO - 2

UNITED STATES
ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  it is the intent of the United States, pursuant to Title 21, United States Code,
2  Section 853(p), to seek forfeiture of any other property of the defendants up to the
3  value of the above-described property.

A TRUE BILL
DATED:

*(Signature of Foreperson redacted pursuant to the policy of the judicial conference.)*

FOREPERSON

JEFFREY C. SULLIVAN
United States Attorney

DOUGLAS B. WHALLEY
Assistant United States Attorney

LISCA BORICHEWSKI
Assistant United States Attorney

INDICTMENT/ NUNEZ-MALDONADO - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970