# INTERCEPTION CHART

| Target Telephone | Users | Date of Order | Date Ended |
| --- | --- | --- | --- |
| NO. 1 - 253-332-4045 | AGUSTIN SILVA a/k/a Fanta | December 12, 2007 | Extended |
| NO. 1 - First Extension | AGUSTIN SILVA a/k/a Fanta | January 9, 2008 | February 3, 2008 |
| NO. 2 - 503-409-0722 | NAHUM COPADO-NIETO a/k/a Alaquin | December 20, 2007 | January 17, 2008 |
| NO. 3 - 818-624-4746 | AGUSTIN SILVA a/k/a Fanta | January 9, 2008 | January 24, 2008 |
| NO. 4 - 253-370-5004 | NAHUM COPADO-NIETO a/k/a Alaquin | January 9, 2008 | February 3, 2008 |
| NO. 5 - 253-370-5226 | EDGAR CANDELARIO a/k/a Herrera | January 9, 2008 | February 4, 2008 |
| NO. 6 - 425-463-8046 | NAHUM COPADO-NIETO a/k/a Alaquin | January 25, 2008 | February 3, 2008 |
| NO. 7 - 503-901-2757 | NAHUM COPADO-NIETO a/k/a Alaquin | January 25, 2008 | February 3, 2008 |
| NO. 8 - 360-640-9824 | JOSE NUNEZ-MALDONADO a/k/a Primitivo | February 22, 2008 | Extended |
| NO. 8 - 360-640-9824 | JOSE NUNEZ-MALDONADO a/k/a Primitivo | March 21, 2008 | March 28, 2008* |
| NO. 9 - 760-577-2241 | NAHUM COPADO-NIETO a/k/a Alaquin EDGAR CANDELARIO a/k/a HERRERA | February 28, 2008 | March 29, 2008 |
| NO. 9 - First Extension | NAHUM COPADO-NIETO a/k/a Alaquin | April 23, 2008 | April 30, 2008 |
| NO. 10 - 503-881-5374 | NAHUM COPADO-NIETO a/k/a Alaquin | March 18, 2008 | April 7, 2008 |
| NO. 11 - 661-233-7110 | NAHUM COPADO-NIETO a/k/a Alaquin | April 14, 2008 | May 4, 2008 |
| NO. 12 - 503-453-4114 | NAHUM COPADO-NIETO a/k/a Alaquin | April 14, 2008 | May 4, 2008 |

Exhibit 1 - Sentencing Memorandum
*United States v. Nunez-Maldonado* / CR08-105JLR – 1